# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.  Case Number   2:7cr185-1

DEBORAH PEATE

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Probation or Supervised Release)
### (For Offenses Committed On or After November 1, 1987)

The defendant, DEBORAH PEATE, was represented by Candace Hom, Esq. AFPD.

Violation number(s) 2,3, & 4 have been dismissed.

The defendant admitted guilt to violation number(s) 1 as stated on the violation petition. Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
|---|---|
| 1 | 'Committed another crime' |

As pronounced on 21 January 2014, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 1 June 2006 remain in full force and effect, if not already paid.

Signed this the  21  day of January , 2014.

DENNIS M. CAVANAUGH
United States District Judge

Defendant's SSN: ***-**-6246
Defendant's Date of Birth: November 1962
Defendant's address: 84-56 127th Street, Kew Gardens, New York 11415

Defendant: DEBORAH PEATE
Case Number: 2:7cr185-1

## IMPRISONMENT

It is ordered and adjudged that the previously imposed term of supervised release is revoked and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 18 months, to run consecutively to sentence imposed in 2:10cr40-1.

The Court makes the following recommendations to the Bureau of Prisons: facility close to family

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons July 20, 2014.

The defendant shall pay any unpaid balance of restitution imposed June 1, 2006 through the Financial Litigation Unit of the United States Attorney's Office

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal